HONORABLE JAMES L. ROBART

98-CV-01211-ORD

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PHILIPS ORAL HEALTHCARE, INC., f/k/a OPTIVA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | No. C98-1211JLR<br><br>[PROPOSED]<br>ORDER APPROVING<br>SUPERSEDEAS BOND |

Defendant Federal Insurance Corporation (Federal) having submitted its application for approval of a supersedeas bond (the "Supersedeas Bond"), issued by Liberty Mutual Insurance Company in the sum of $10,000,000, and good cause appearing,

IT IS HEREBY ORDERED pursuant to Federal Rule of Civil Procedure 62(d) that Federal's application for approval of the Supersedeas Bond as an undertaking to stay enforcement of the judgment entered herein, pending the appeal by Federal to the United States Court of Appeals for the Ninth Circuit, is hereby GRANTED.

Signed this 12th day of July, 2005.

_____
Hon. James L. Robart
United States District Court Judge

[PROPOSED] ORDER APPROVING SUPERSEDEAS BOND - 1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3033
(206) 340-1000 · FAX: (206) 621-8783